UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANIEL P. HOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV0565 JCH |
| ) | |
| COSMIC CONCEPTS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 6, 2011, Defendant Tim Matthews filed his Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 40). On October 12, 2011, Plaintiff filed a Second Amended Complaint, which is now the operative complaint (Doc. No. 41).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Tim Matthews' Motion to Dismiss Plaintiff's Amended Complaint (ECF. No. 40) is **DENIED** as moot.

Dated this  12th  day of October, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE