UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DANIEL P. HOGAN,                              )
                                              )
         Plaintiff,                           )
                                              )
    vs.                                       )        Case No. 4:11CV0565 JCH
                                              )
COSMIC CONCEPTS, et al.,                      )
                                              )
         Defendants.                          )

## <u>ORDER</u>

On October 6, 2011, Defendant Tim Matthews filed his Motion to Dismiss Plaintiff's

Amended Complaint (ECF No. 40). On October 12, 2011, Plaintiff filed a Second Amended

Complaint, which is now the operative complaint (Doc. No. 41).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Tim Matthews' Motion to Dismiss Plaintiff's

Amended Complaint (ECF. No. 40) is **DENIED** as moot.

Dated this __12th__ day of October, 2011.


                                          /s/ Jean C. Hamilton

                                          UNITED STATES DISTRICT JUDGE